IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COTTMAN TRANSMISSION SYSTEMS, LLC,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **KEVIN MCENEANY, ET AL.,** | : | **NO. 05-6768** |
| **Defendants** | : | |

**O R D E R**

AND NOW, this 4th day of January, 2007, upon consideration of the Plaintiff's Motion to Strike Jury Trial Demand and Defendants' response, it is hereby ORDERED that Plaintiff's motion is GRANTED.

BY THE COURT:

/s/ Timothy R. Rice
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE